January 27, 2006

Mr. P. M. Schenkkan
Graves Dougherty Hearon & Moody, P.C.
401 Congress Avenue, Suite 2200
Austin, TX 78701
Mr. William T. Maxwell
Gilbert & Maxwell, P.L.L.C.
P. O. Box 1984
Houston, TX 77251

RE: Case Number: 05-0806
 Court of Appeals Number: 13-05-00026-CV
 Trial Court Number: 2001-12-005152-A

Style: TEXAS MUTUAL INSURANCE CO.
 v.
 ROBERT S. HOWELL, D.C. AND FIRST RIO VALLEY MEDICAL, P.A.

Dear Counsel:

 The Supreme Court of Texas today abated the petition for review and
issued the enclosed abatement order in the above-referenced case.
 Sincerely,
 [pic]

 Andrew Weber, Clerk

 by Claudia Jenks, Chief Deputy Clerk

|cc:|Ms. Aurora De La |
| |Garza |
| |Ms. Cathy Wilborn |